# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

MARK S. DANIELS,

    Plaintiff,

v.

FEDERAL BUREAU OF INVESTIGATION, et al.,

    Defendants.

Case No. 2:08-CV-00615-KJD-GWF

**ORDER**

    On September 2, 2009, the Court issued an Order to Show Cause (#14) why the Court should not recommend that Plaintiff's Complaint be dismissed due to failure to effect service upon Defendants. On October 26, 2009, Magistrate Judge George Foley, Jr. issued a Finding and Recommendation (#15), recommending that Plaintiff's Complaint be dismissed with prejudice due to failure to effect service upon Defendants. Pursuant to Local Rule IB 3-2, any objection to the Finding and Recommendation was to be filed by November 6, 2009.

    On November 10, 2009, Plaintiff filed a Document captioned "Plaintiff's Response to Defendants' Motion to Dismiss 'With Prejudice'" (#16). In said document, Plaintiff mistakenly attempts to respond to the Court's Order to Show Cause and Finding and Recommendation, as though said documents are Motions to Dismiss filed by either Defendants, or the Court. Plaintiff

avers that he has properly effected service upon Defendants pursuant to the Federal Rules of Civil Procedure.  The Court disagrees.

As pointed out by the Magistrate Judge in the Finding and Recommendation, Plaintiff has failed to meet the standard for service upon the United States and its Agencies, Corporations, Officers, or Employees pursuant to Rule 4(i)(1).  Plaintiff argues that service was properly effected pursuant to the Ninth Circuit's ruling in Borzeka v. Heckler, 739 F.2d 444 (9th Cir. 1984).  The Court does not agree.  In Borzeka, the Ninth Circuit held that failure to comply with the personal service requirement of Rule 4 did not require dismissal if: "(a) the party that had to be served personally received actual notice, (b) the defendant would suffer no prejudice from the defect in service, (c) there is a justifiable excuse for the failure to serve properly, and (d) the plaintiff would be severely prejudiced if his complaint were dismissed." Id. at 447.  Here, Plaintiff has provided no proof of service attempted upon the United States Attorney's Office, an Assistant United States Attorney, or clerical employee of the United States Attorney's Office in this District.  Additionally, Plaintiff fails to demonstrate that any party upon which he has attempted service has personally received actual notice.

Accordingly, the Court upholds the Finding and Recommendations of the Magistrate Judge in full, and hereby dismisses Plaintiff's action with prejudice.

**IT IS SO ORDERED**,

DATED this 13th day of November 2009.

_____
Kent J. Dawson
United States District Judge